490 P.2d 1232

STATE of New Mexico, Respondent,

v.

Egerald A. NELSON, Petitioner.

No. 9363.

Supreme Court of New Mexico.

Nov. 23, 1971.

Further ordered that the record in Court of Appeals Cause No. 703, 83 N.M. 269, 490 P.2d 1242, be and the same is hereby returned to the Clerk of the Court of Appeals.

490 P.2d 1232

Guadalupe HINOJOSA, Respondent,

v.

Allen NIELSON, Petitioner.

No. 9352.

Supreme Court of New Mexico.

Nov. 24, 1971.

Further ordered that the record in Court of Appeals Cause No. 706, 83 N.M. 267, 490 P.2d 1240, be and the same is hereby returned to the Clerk of the Court of Appeals.